**Order entered August 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00679-CR

### EX PARTE BRENDA MARIE SANCHEZ, Appellant

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX12-90067-M**

## ORDER

We **GRANT** the State's August 9, 2013 motion for extension of time to file the State's brief. The State's brief tendered to the Clerk of the Court on August 13, 2013 is **DEEMED** timely filed as of the date of this order.


/s/     DAVID EVANS
         JUSTICE